UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

YUENDRY RODRIGUEZ HILARIO

CASE NO. 8:23cr109 WFJ-MRM
18 U.S.C. § 924
18 U.S.C. § 933

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Conspiracy to Possess Firearms in Furtherance of Drug Trafficking)**

At times material to this Indictment:

### OVERVIEW

1. From at least in or about August 2021, up to and including on or about March 2, 2023, YUENDRY RODRIGUEZ HILARIO conspired with others known and unknown to the Grand Jury to obtain firearms for sale to purchasers purported to be associated with a drug cartel in Mexico. It was known to HILARIO and others that the purchasers of these firearms intended to smuggle the firearms into Mexico and Florida for utilization by cartel members in furtherance of drug trafficking. HILARIO negotiated the sale of firearms in the Middle District of Florida and elsewhere with others known and unknown to the Grand Jury. During the course of and in furtherance of that conspiracy, HILARIO and others arranged the sale of at least one machinegun as defined under Title 26, United States Code, Section

5845(b), and one silencer as defined under Title 18, United States Code, Section 921(a)(25).

## STATUTORY ALLEGATION

2. From at least in or about August 2021, up to and including on or about March 2, 2023, in the Middle District of Florida and elsewhere:

YUENDRY RODRIGUEZ HILARIO,

the defendant, and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree with each other to knowingly and intentionally commit an offense under Title 18, United States Code, Section 924(c), namely the possession of a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States and is punished under Title 18, United States Code, Section 924(c)(1)(A)(i)-(iii), (c)(1)(B)(ii).

In violation of Title 18, United States Code, Section 924(o).

## COUNT TWO
(Conspiracy to Traffic Firearms)

3. Paragraph 1 of this Indictment is hereby realleged and incorporated by reference as though fully set forth herein.

4. From at least in or about August 2021, up to and including on or about March 2, 2023, in the Middle District of Florida and elsewhere, the defendant,

YUENDRY RODRIGUEZ HILARIO,

did knowingly conspire and agree with others known and unknown, to ship, transport, transfer, cause to be transported, and otherwise dispose of any firearm to another person, in or otherwise affecting interstate or foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

All in violation of Title 18, United States Code, Section 933(a)(3).

## COUNT THREE
### (Possession of Firearms in Furtherance of Drug Trafficking)

On or about October 21, 2021, in the Middle District of Florida and elsewhere, the defendant,

YUENDRY RODRIGUEZ HILARIO,

did knowingly aid and abet the possession of firearms and ammunition in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, specifically, conspiracy to distribute and possess with intent to distribute a controlled substance.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2.

## FORFEITURE

1. The allegations contained in Counts One through Three are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 924(c), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL.

███████████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
DANIEL BAEZA
Senior Litigation Counsel

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Transnational Organized Crime Section

FORM OBD-34
March 23

No. ____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

YUENDRY RODRIGUEZ HILARIO

INDICTMENT

Violations: 18 U.S.C. § 924 and 18 U.S.C. § 933

A true bill,

_____
Foreperson

Filed in open court this 30th day

of March, 2023.

_____
Clerk

Bail $ _____

GPO 863 525