UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                CASE NOS.

                                              8:23-cr-109-WFJ-MRM
YUENDRY RODRIGUEZ HILARIO        8:23-cr-246-KKM-SPF
SALEH YUSUF SALEH

## NOTICE OF SIMILAR CASES

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to Rule 1.04(b) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of similar cases which concerns related issues of law and facts. Those cases are:

*United States v. Yuendry Rodriguez Hilario*, Case No. 8:23-cr-109-WFJ-MRM;

*United States v. Saleh Yusuf Saleh*, Case No. 8:23-cr-246-KKM-SPF;

                                            Respectfully submitted,

                                            ROGER B. HANDBERG
                                            United States Attorney

By:   */s/ Daniel Baeza*
       DANIEL BAEZA
       Assistant United States Attorney
       USAO No. 164
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:  (813) 274-6000
       Facsimile:   (813) 274-6358
       E-mail: Daniel.Baeza@usdoj.gov

U.S. v. Rodriguez Hilario            Case No. 8:23-cr-109-WFJ-MRN

U.S. v. Saleh                        Case No. 8:23-246-KKM-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Defense Counsel of Record

/s/ Daniel Baeza
DANIEL BAEZA
Assistant United States Attorney
USAO No. 164
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Daniel.Baeza@usdoj.gov