**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:23-cr-109-WFJ-UAM | **DATE:** October 19, 2023 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **YUENDRY RODRIGUEZ HILARIO** | **GOVERNMENT COUNSEL:** <br> Daniel Baeza, AUSA | |
| | **DEFENDANT COUNSEL:** <br> Jaime J. Garcia, III, AFPD | |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** | Javaris Gooding-Butts |
| **TIME:** 11:15 AM - 11:16 AM **TOTAL:** 1 Minute | **COURTROOM:** | Telephonic |

**PROCEEDINGS:** TELEPHONIC STATUS CONFERENCE

Court called to order.

Counsel identified for the record.

Counsel for the Defense advised the Court that the Defendant may plea.

The Court will keep the case on the November Trial Calendar.

The Court advised the parties to notify the Court if a continuance is needed.

Court adjourned.