UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:23-cr-109-WFJ-TGW
    18 U.S.C. § 924(o)
YUENDRY RODRIGUEZ HILARIO   18 U.S.C. § 924(c)
    18 U.S.C. § 1956

**SUPERSEDING INFORMATION**

The United States Attorney charges:

OCT 24 2023 AM 11:03
FILED - USDC - FLMD - TPA

**COUNT ONE**
**(Conspiracy to Possess Firearms in Furtherance of Drug Trafficking)**

At times material to this Information:

**OVERVIEW**

1.  From at least in or about August 2021, up to and including on or about March 2, 2023, YUENDRY RODRIGUEZ HILARIO conspired with others known and unknown to the United States Attorney to obtain firearms for sale to purchasers purported to be associated with a drug cartel in Mexico. It was known to YUENDRY RODRIGUEZ HILARIO and others that the purchasers of these firearms intended to smuggle the firearms into Mexico and Florida for utilization by cartel members in furtherance of drug trafficking. YUENDRY RODRIGUEZ HILARIO negotiated the sale of firearms in the Middle District of Florida and elsewhere with others known and unknown to the United States Attorney. During the course of and in furtherance of that conspiracy, YUENDRY RODRIGUEZ HILARIO and others arranged the sale of at least one machinegun as defined under

Title 26, United States Code, Section 5845(b), and one silencer as defined under Title 18, United States Code, Section 921(a)(25).

## STATUTORY ALLEGATION

2.  From at least in or about August 2021, up to and including on or about March 2, 2023, in the Middle District of Florida and elsewhere:

YUENDRY RODRIGUEZ HILARIO,

the defendant, and others known and unknown to the United States Attorney, did knowingly and willfully combine, conspire, confederate, and agree with others to knowingly and intentionally commit an offense under Title 18, United States Code, Section 924(c), namely the possession of a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States and is punished under Title 18, United States Code, Section 924(c)(1)(A)(i)-(iii), (c)(1)(B)(ii).

In violation of Title 18, United States Code, Section 924(o).

## COUNT TWO
### (Possession of Firearms in Furtherance of Drug Trafficking)

On or about October 21, 2021, in the Middle District of Florida and elsewhere, the defendant,

YUENDRY RODRIGUEZ HILARIO,

did knowingly aid and abet the possession of firearms in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a Court of the United

States, specifically, conspiracy to distribute and possess with intent to distribute a controlled substance.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2.

## COUNT THREE
### (Concealment Money Laundering)

3. Paragraph 1 of this Superseding Information is hereby realleged and incorporated by reference.

4. On or about October 21, 2021, in the Middle District of Florida, the defendant,

YUENDRY RODRIGUEZ HILARIO,

did aid and abet others in conducting and attempting to conduct, a financial transaction affecting interstate and foreign commerce, namely, to transport, transmit and transfer monetary instruments and funds which were represented to involve the proceeds of a specified unlawful activity, that is, drug trafficking, in violation of 21 U.S.C. §§ 846 and 841, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, believing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

In violation of 18 U.S.C. § 1956(a)(1)(B)(i), (3)(B) and 2.

## FORFEITURES

1. The allegations contained in Counts One through Three of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 924(d), 982(a)(1), and 28 U.S.C. § 2461(c).

2. Upon conviction of Count One the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violations.

3. Upon conviction of Count Three the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been comingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under 21 U.S.C. § 853(p).

        ROGER B. HANDBERG
        United States Attorney

By: _____
        Daniel Baeza
        Assistant United States Attorney
        Chief, Transnational Organized Crime Section

By: _____
        Christopher F. Murray
        Assistant United States Attorney
        Chief, Criminal Division – South