UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO. | 8:23-cr-109-WFJ-UAM | DATE: | November 13, 2023 |
|---|---|---|---|
| **HONORABLE THOMAS G. WILSON** | | INTERPRETER: | James Plunkett |
| | | LANGUAGE: | Spanish |
| UNITED STATES OF AMERICA v. YUENDRY RODRIGUEZ HILARIO | | **GOVERNMENT COUNSEL** Daniel Baeza, AUSA | |
| | | **DEFENSE COUNSEL** Jaime Garcia III, Retained | |
| COURT REPORTER: Digital | | DEPUTY CLERK: | Karina Nieves |
| TIME: 11:13 AM to 12:07 PM | TOTAL: 54 mins | PROBATION: | N/A |
| | | COURTROOM: | 12A |

**PROCEEDINGS:    GUILTY PLEA PROCEEDINGS –**

(X)    INTERPRETER SWORN.

(X)    DEFENDANT SWORN.

(X)    COURT ADVISES OF DEFENDANT'S RULE 11 RIGHTS.

(X)    PLEA AGREEMENT FILED.

(X)    PLEA OF GUILTY ENTERED AS TO COUNT ONE, TWO, AND THREE of the SUPERSEDING INFORMATION.

(X)    FACTUAL BASIS ESTABLISHED.

(X)    GUILTY PLEA ACCEPTED.

(X)    REFERRED TO PROBATION FOR PRE-SENTENCE INVESTIGATION.

(X)    SENTENCING to be scheduled by separate notice before District Judge William F. Jung.

(X)    REMAINS on in custody of USMS.